**FILED**
**DECEMBER 10, 2007**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**07 C 6941**

**JUDGE NORGLE**
**MAGISTRATE JUDGE COX**

# EXHIBIT B

# AFFIDAVIT OF SERVICE

State of ILLINOIS          County of COOK          Circuit Court

Case Number: 07CH18656

Plaintiff:
INSPE ASSOCIATES, LTD.

vs.

Defendant:
MATT TARANTO, D/B/A AESTHETIC CONSULTING GROUP, AND JOHN DOES 1-10

For:
EDLEMAN, COMBS, LATTURNER, & GOODWIN, LL
120 S Lasalle St 18th Floor
Chicago, IL 60603

Received by D & B Legal Services, Inc. to be served on AESTHETIC CONSULTING GROUP, 5001 COLLEGE BLVD STE 216, LEAWOOD, KS 66211.

I, BILL POWELL, being duly sworn, depose and say that on the 23rd day of July, 2007 at 9:00 am, I:

served a CORPORATION by delivering a true copy of the Summons and Complaint with the date and hour of service endorsed thereon by me, to: MATT TARANTO as REPRESENTATIVE for AESTHETIC CONSULTING GROUP, at the address of: 5001 COLLEGE BLVD STE 216, LEAWOOD, KS 66211.

I certify that I am over the age of 18 and have no interest in the above action and the foregoing statements made by me are true and correct.

Subscribed and Sworn to before me on the 23rd day of July, 2007

BILL POWELL
Process Server

D & B Legal Services, Inc.
6005 Johnson Dr., Ste. C
Mission, KS 66202
(913) 362-8110

Our Job Serial Number: 2007003390

NOTARY PUBLIC
LORETTA WALLER
NOTARY PUBLIC
STATE OF KANSAS
My Commission Expires

Copyright © 1992-2006 Database Services, Inc. - Process Server's Toolbox V5.9t