FILED
DECEMBER 10, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

07 C 6941

JUDGE NORGLE
MAGISTRATE JUDGE COX

# EXHIBIT C



## LAW OFFICES
## EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle
18th Floor
Chicago, Illinois 60603
Phone 312/739-4200
Fax 312/419-0379

### FACSIMILE TRANSMISSION

TO: Matt Taranto/Aesthetic Consulting Group

FAX NO: 913.338.2571

FROM: Julie Clark (mb)

RE: *INSPE v. Matt Taranto, d/b/a Aesthetic Consulting Group, and John Does 1-10*

FILE NO: 20072

DATE: November 2, 2007

\*\*\*

Comments:

Plaintiff's Limited Discovery Requests.

### PRIVILEGED COMMUNICATION
PLEASE PHONE 312/739-4200 IF YOU DO NOT RECEIVE ALL THE PAGES. This fax may contain confidential material or other matter protected by the attorney-client privilege. Unless you are the addressee (or are authorized to receive this fax for the addressee), you may not copy, use or distribute it. If you receive this fax in error, please contact the sender by telephone or fax immediately and return by U.S. Mail.

Atty. No. 41106

**FILED**

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, CHANCERY DIVISION

| | |
|---|---|
| INSPE ASSOCIATES, LTD., | ) |
| Plaintiff, | ) |
| v. | ) 07 CH 18656 |
| MATT TARANTO, doing business as AESTHETIC CONSULTING GROUP, and JOHN DOES 1-10, | ) |
| Defendants. | ) |

## NOTICE OF FILING

TO: Please see certificate of service.

PLEASE TAKE NOTICE that on November 2, 2007, plaintiff is filing the attached documents with the Clerk of the Circuit Court of Cook County, copies of which are attached hereto and hereby served upon you: **PLAINTIFF'S LIMITED INTERROGATORIES AND DOCUMENT REQUESTS**.

*Julie Clark*
Julie Clark

Daniel A. Edelman
Cathleen M. Combs
James O. Latturner
Julie Clark
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 S. LaSalle Street, 18th floor
Chicago, Illinois 60603
(312) 739-4200
Atty. No. 41106

## CERTIFICATE OF SERVICE

I, Julie Clark, certify that on November 2, 2007 I caused a true and accurate copy of this notice and the documents referenced therein to be served via facsimile and US mail upon the below-mentioned party.

Matt Taranto
d/b/a Aesthetic Consulting Group
5001 College Blvd. Suite 216
Leawood, KS 66211
913.338.2571 (fax)

*Julie Clark*
Julie Clark

Atty. No. 41106

# IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
## COUNTY DEPARTMENT, CHANCERY DIVISION

| | |
|---|---|
| INSPE ASSOCIATES, LTD., | ) |
| Plaintiff, | ) ) ) |
| v. | ) 07 CH 18656 |
| MATT TARANTO, doing business as AESTHETIC CONSULTING GROUP, and JOHN DOES 1-10, | ) ) ) ) ) |
| Defendant. | ) |

## PLAINTIFF'S LIMITED INTERROGATORIES AND DOCUMENT REQUESTS

Plaintiff hereby requests that Defendant responds to the following requests for admissions, interrogatories, and document requests.

Throughout this request:

1. Unless otherwise specified in a particular paragraph, the time period covered by this request is five years prior to the date the complaint was filed.

2. If you are declining to produce any document or respond to any paragraph in whole or in part because of a claim of privilege, please: (a) identify the subject matter, type (e.g., letter, memorandum), date, and author of the privileged communication or information, all persons that prepared or sent it, and all recipients or addressees; (b) identify each person to whom the contents of each such communication or item of information have heretofore been disclosed, orally or in writing; (c) state what privilege is claimed; (d) state the basis upon which the privilege is claimed; and (e) produce a privilege log.

3. If you have knowledge that any document requested was, but no longer is, in

1

your possession or subject to your control, please state: (a) the date of its disposition; (b) the manner of its disposition (e.g., lost, destroyed, transferred to a third party); and (c) an explanation of the circumstances surrounding the disposition of the document.

4.  Other instructions and definitions to be used in making your response are attached hereto as Exhibit 1.

5.  If any paragraph of this request is believed to be ambiguous or unduly burdensome, please contact the undersigned and an effort will be made to remedy the problem.

## I. INTERROGATORIES

1.  By year, state the number of persons or entities in Illinois to whom a fax advertising Defendant's products or services was sent on or after July 16, 2002. Identify each different fax that was sent and when. Also state whether you have documents showing the identity and/or fax number of each person/entity.

2.  By year, state the number of persons or entities in Illinois to whom a fax in the form represented by Exhibit A sent on or after July 16, 2002. Also state whether you have documents showing the identity and/or fax number of each person/entity.

3.  In relation to those individuals or groups identified in answers to Interrogatories Nos. 1 and 2, describe how the list or lists of persons and fax numbers to which advertising faxes were sent was developed or obtained. Include in your response: (i) whether Defendant obtained possession of the list, in any form; (ii) if so, what happened to it; (iii) whether any portion of the list was purchased, and if so when, from whom and for how much; and (iv) whether automatic dialing equipment was used to generate any portion of the list, and if so, whose equipment.

4.  In relation to those individuals or groups identified in answers to Interrogatories Nos. 1 and 2, identify each person and business organization responsible for the sending of Defendant's advertising faxes. Explain what each did and when. Include in your answer

2

who physically sent the facsimile, who authorized the sending and what, if any, third parties were involved.

5. State whether you or any other person on your behalf paid a third party (not an employee) for the charges or bills involved in sending faxes describing your products and services. If so, explain, including payor/payee information, amounts paid and basis for payment.

## II. DOCUMENT REQUESTS

Please produce:

1. All documents relating to contracts or agreements for the sending of faxes to residents of Illinois, or persons including residents of Illinois.

2. In relation to those individuals or groups identified in answers to Interrogatories Nos. 1 and 2, produce all reports or logs of transmission relating to advertising faxes. All correspondence and communications with and reports from any person or entity Defendant hired or contracted with to send faxes on its behalf.

3. All bills and invoices relating to the transmission of advertising faxes by or on behalf of Defendant.

4. All documents describing how the list of persons and fax numbers to which advertising faxes were sent was obtained or developed.

5. All documents relating to agreements or contracts for the purchase or sale or rental of lists of fax numbers.

*Julie Clark*
Julie Clark

Daniel A. Edelman
Julie Clark
Edelman, Combs, Latturner & Goodwin, LLC
120 S. LaSalle St., 18th Floor
Chicago, IL 60603
(312) 739-4200
(312) 419-0379 (FAX)
Atty. No. 41106

3

# EXHIBIT 1

# INSTRUCTIONS AND DEFINITIONS     Exhibit 1

## Definitions

A. The term "document" includes, by way of illustration only and not by way of limitation, the following, whether printed or reproduced by any process, or written and/or produced by hand: ledgers; notes; correspondence; communications of any nature; telegrams; memoranda; notebooks of any character; summaries or records of personal conversations; diaries; reports; publications; photographs; microfilm, microfiche, and similar media; minutes or records of meetings; transcripts of oral testimony or statements; reports and/or summaries of interviews; reports and/or summaries of investigations; court papers; brochures; pamphlets; press releases; drafts of, or revisions of drafts of, or translations of, any document; tape recordings; dictation belts; invoices; bills; accounting records; telephone toll records; and disks, tapes, and other magnetic or electronic information storage media. Any document or reproduction of a document bearing on any sheet or side thereof any marks, including by way of illustration only and not by way of limitation initials, stamped indicia, any comment or any notation of any character and not a part of the original text, is to be considered a separate document.

B. References to "you" or any named entity or individual include agents, employees, and attorneys of that person, whether or not acting within the scope of their authority; all other persons acting on behalf of the person referred to; and in the case of an entity, its merged or acquired predecessors.

C. "Person" includes any individual, corporation, partnership, joint venture, firm, association, proprietorship, governmental agency, board, authority, or commission, or other entity.

D. "Identify" or "Identification," when used with respect to a person, means to state the name, last known address, telephone number, and if a corporation or other entity, the principal place of business of the person.

E. "Identify" or "identification," when used with respect to a document, means to state the general nature of the document (i.e., letter, memorandum, etc.); the name of the author or originator; each addressee; all individuals designated on the document to receive a copy or otherwise known to have received a copy; the date, title, and general subject matter of the document; the present custodian of each copy thereof and the last known address of each such custodian; and the date of the making of the document.

F. "Communication" includes every manner or means of disclosure, transfer, or exchange of information, and every disclosure, transfer or exchange of information, whether orally or by document or whether face-to-face, by telephone, mail, personal delivery, or otherwise.

G. "Identify" or "identification," when used with respect to a communication, means to state the date of the communication; the type of communication (i.e., telephone conversation, meeting, etc.); the place where the communication took place; the identification of the

4

person who made the communication; the identification of each person who received the communication and of each person present when it was made; and the subject matter discussed.

  H. "Relates" includes constitutes, describes, discusses, reflects, refers to, and logically pertains to.

  I. "Relationship" is defined to mean a prior or existing relationship formed by a voluntary two-way communication between Defendants and a person or entity with or without an exchange of consideration, on the basis of an inquiry, application, purchase or transaction by the person or entity regarding products or services offered by such person or entity, which relationship has not been previously terminated by either party

  J. "Permission" is defined to mean express affirmative consent which must be in writing, include the recipient's signature and indicate that he or she consents to receiving faxed advertisements from the company to which permission is given, and provide the individual or business's fax number to which faxes may be sent.

  K. "Transaction" is defined to mean an exchange or transfer of goods, services or funds.

### Instructions

1. All documents within your possession, custody, or control or that of your agents, employees, and attorneys shall be produced. Without limitation of the term "control" as used in the preceding sentence, a document is deemed to be in your control if you have the right to secure the document or a copy thereof from another person having actual possession thereof.

2. To the extent any paragraph is objected to, please set forth all reasons for your objection.

3. If you prefer, you may provide legible copies of document that reflect all markings, notations, and highlighting on the originals.

4. Documents to be produced shall be either: (1) organized as they are kept in the usual course of business or (2) organized and labeled to correspond with the paragraphs of the request for production.

5. The singular includes the plural number, and vice versa. The masculine includes the feminine and neuter genders. The past tense includes the present tense where the clear meaning is not distorted by change of tense.

6. "And" and "or" shall be interpreted to mean "and/or," so that said terms are given their broadest possible meaning.

7. If you are producing a document, you need not provide the information specified in paragraph E with respect to that document.

814-374-0565

IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, CHANCERY DIVISION

| | | |
|---|---|---|
| TELECOMMUNICATIONS NETWORK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 03 CH 9246 |
| | ) | |
| BACH BUSINESS CREDIT, INC., | ) | (As related to the list of cases |
| | ) | attached hereto as Exhibit 1 |
| Defendant. | ) | pursuant to General Order 22) |

### ORDER -GROUP F

This matter coming to be heard on status, all parties having notice and the Court being fully advised in its premises, IT IS HEREBY ORDERED:

In cases designated as related pursuant to General Order 22 and specifically all matters designated as belonging in "Group F," including, but not limited to, those listed in Exhibit 1, attached hereto, the following dates have been set:

1. Defendants in Group F cases shall have until November 20, 2007 to join in the Master Motions to Dismiss filed by defendants in Phillips Randolph Enterprises, LLC v. Key-Art Publishing Corp., et al, 07 CH 14018 and Ballard Nursing Center, Inc. v. All Pro Electric, Inc., 07 CH 15898. Plaintiffs to file a consolidated response to the motions to dismiss on December 18, 2007. Defendants to file a consolidated reply in support of their motion to dismiss on January 8, 2008. Clerk's status set for January 14, 2008 at 9:00 a.m. in courtroom 2308, without further notice. Defendants to notify the government of any claims of constitutionality pursuant to Illinois Supreme Court 19 by November 20, 2007.

2. Further status is set for February 13, 2008 at 10:30 a.m., in courtroom 2308, without further notice.

3. Parties are permitted to conduct limited discovery relating to the existence of and location of any lists of members of the putative classes, including requests for production of such lists in all cases. The parties are permitted to proceed with full discovery in cases where defendant(s) have not filed dispositive motions.

ENTERED:

Dated: _____

_____
Judge

ENTERED
JUDGE MARY K. ROCHFORD-1570
NOV -7 2007
DOROTHY BROWN
CLERK OF THE CIRCUIT COURT
OF COOK COUNTY, IL
DEPUTY CLERK

Atty. No. 41106
Edelman, Combs, Latturner & Goodwin, LLC
Atty. for Plaintiff
120 S. LaSalle Street, 18th Floor
Chicago, Illinois 60603
312-739-4200

## Exhibit 1

***Group F*****

| | |
|---|---|
| 07 CH 9308 | 07 CH 9975 |
| 07 CH 10727 | 07 CH 10471 |
| 07 CH 12060 | 07 CH 14047 |
| 07 CH 18656 | 07 CH 15898 |
| 07 CH 18658 | 07 CH 17444 |
| 07 CH 18661 | 07 CH 23288 |
| 07 CH 23121 | 07 CH 13441 |
| 07 CH 11484 | 07 CH 12292 |
| 07 CH 14048 | 06 CH 27742 |
| 07 CH 2208 | |

* Cases listed herein include only cases filed by the law firm of Edelman, Combs Latturner & Goodwin, LLC on behalf of various plaintiffs and is not intended as an all-inclusive representation of cases in Group F.

3

## SERVICE LIST
### Group F

Global Safe & Security
259 Goolsby Blvd.
Deerfield Ranch, FL 33442
**07 CH 09308**

Global Safe Corporation
7040 W. Palmetto Park Road #4-442
Boca Raton, Florida 33433
**07 CH 09308**

Kevin W. Doherty
Jason E. Lopata
Doherty & Progar, LLC
200 West Adams St.
Suite 2220
Chicago, IL 60606
**07 CH 09975**

Jeff Dougherty
Advanced Transducer Services, Inc.
7565 Ravensridge Road
St. Louis, MO 63119
**07 CH 10727**

Stephen G. Daday
Wayne B. Giampietro
121 S. Wilke Rd.
Suite 500
Arlington Heights, IL 60005
**07 CH 10471**
**07 CH 18658**

Louis J Phillips
Swanson Martin Bell LLP
1 IBM Plaza 3300
Chicago, IL 60611
**07 CH 12060**

Harvey A. Paulsen
Paulsen, Malec, & Malartsik, Ltd.
1761 South Naperville Road
Suite 202
Wheaton, IL 60187
**07 CH 14047**

Matt Taranto
d/b/a Aesthetic Consulting Group
5001 College Blvd. Suite 216
Leawood, KS 66211
**07 CH 18656**

Pete V. Albanis
Tressler, Soderstrom, Maloney & Priess, LLP
Sears Tower, 22nd Floor
233 South Wacker Drive
Chicago, Illinois 60606
**07 CH 15898**

John D. Lien
Mariam Ahmed
Foley & Lardner
321 N. Clark
Suite 2800
Chicago, IL 60610
**07 CH 17444**

James Lanting
Lanting, Paarlberg, & Associates, Ltd.
16230 Louis Avenue
South Holland, IL 60473
**07 CH 18661**

BES Industries, Inc.
c/o Dan Shore
11512 Lake Mead Avenue
Jacksonville, FL 32256
**07 CH 23121**

Quadel Consulting Corporation
c/o CT Corporation System
208 S. LaSalle Street
Suite 814
Chicago, IL 60604
**07 CH 23288**

Sean M. Walsh
David Binkley
Giarmarco, Mullins & Horton, P.C.
Tenth Floor Columbia Center
101 West Beaver Road
Troy, MI 48084-5280
**07 CH 11484**


Absolute USA, Inc.
c/o Reg'd Agent, Ray Razipour
1350 E. 17th Street
Los Angeles, CA 90021
**07 CH 14048**

Perry Roshan-Zamir
2530 Willshire Blvd., 3rd Floor
Santa Monica, CA 90403
**07 CH 14048**

William J. Raleigh
Thomas M. Lombardo
Nisen & Elliot, LLC
200 W. Adams St.
Suite 2500
Chicago, IL 60606
**07 CH 12292**

Thomas A. Zimmerman, Jr.
ZIMMERMAN & ASSOCIATES, P.C.
100 West Monroe Street, Suite 1300
Chicago, IL 60603
**07 CH 12292**

Charles G McCarthy
800 Enterprise Dr., Ste 204
Oak Brook, IL 60523
**07 CH 2208**

A R Bhoora, Inc., d/b/a Italian Dreams
c/o Reg'd Agent Paul E. Ahlrich
227 E. Schick Road
Bloomingdale, IL 60108
**06 CH 27742**

Advanced Steel Concepts, Inc.
c/o Reg'd Agent Michael D. Coleman
7607 NW 68th Terrace
Tamarac, FL 33321
**07 CH 13441**