**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

FILED
DECEMBER 10, 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

07 C 6941

In the Matter of                                                 Case Number:

Inspe Associates, Ltd. v. Matt Taranto doing business as
Aesthetic Consulting Group and John Does 1-10,

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Matt Taranto d/b/a Aesthetic Consulting Group

**JUDGE NORGLE**
**MAGISTRATE JUDGE COX**

| | |
|---|---|
| NAME (Type or print) <br> Eric Samore | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) <br> s/ Eric Samore | |
| FIRM <br> SmithAmundsen LLC | |
| STREET ADDRESS <br> 150 N. Michigan Ave. Suite 3300 | |
| CITY/STATE/ZIP <br> Chicago, IL 60601 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) <br> 6181345 | TELEPHONE NUMBER <br> 312-894-3200 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ✓   NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓   NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. <br> RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |