## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| INSPE ASSOCIATES, LTD.,  )<br>   )<br>         Plaintiff,   )<br>   )<br>v.   )<br>   )<br>   )<br>   )<br>MATT TARANTO, doing business as   )<br>AESTHETIC CONSULTING GROUP, and  )<br>JOHN DOES 1-10,   )<br>   )<br>         Defendant.   ) | Case No.  07 C 6941<br><br>Judge Norgle<br>Magistrate Judge Cox |

### NOTICE OF MOTION

TO:  Julie Clark
   Edelman, Combs, Latturner & Goodwin, LLC
   120 S. LaSalle Street, 18th Floor
   Chicago, IL  60603

**PLEASE TAKE NOTICE THAT** on **December 28, 2007, at 9:30 a.m**., we shall appear before the **Honorable Judge Norgle** in **Room 2341**, at 219 South Dearborn Street in Chicago, Illinois, and present to the United States District Court of the Northern District of Illinois, Eastern Division, the attached **Motion to Dismiss Counts II and III Pursuant to Rule 12(b)(6) For Failure to State a Claim**, a copy of which is hereby served upon you.

                    By:    /s/ Molly A. Arranz_____
                              Attorneys for Matt Taranto
                              SMITH AMUNDSEN, LLC
                              150 North Michigan Avenue, Suite 3300
                              Chicago, Illinois 60601
                              (312) 894-3200
                              ARDC No.:  6281122

Dated:  December 17, 2007

**CERTIFICATE OF SERVICE**

The undersigned certifies that on the 17th day of December 2007, she served a **Notice of Motion** and the Defendant, Matt Taranto's **Motion to Dismiss Counts II and III Pursuant to Rule 12(b)(6) For Failure to State a Claim** on:

> Julie Clark
> Edelman, Combs, Latturner & Goodwin, LLC
> 120 S. LaSalle Street, 18th Floor
> Chicago, IL 60603

These pleadings were served upon the attorneys as listed above, pursuant to the Northern District of Illinois General Order on Electronic Case Filing.

[x]   Pursuant to 28 USC Section 1746(2), I certify under penalty of perjury that the foregoing is true and correct. Executed on: December 17, 2007.

_____/s/ Molly A. Arranz_____

Eric L. Samore, ARDC # 6181345
Molly A. Arranz, ARDC # 6281122
SMITH AMUNDSEN LLC
150 N. Michigan Avenue, Suite 3300
Chicago, Illinois 60601
(312) 894-3200
COUNSEL FOR MATT TARANTO

2