IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| INSPE ASSOCIATES, LTD.             )<br>                                                        )<br>             Plaintiff,                        )<br>v.                                                  )<br>                                                        )<br>                                                        )<br>                                                        )<br>MATT TARANTO, doing business as  )<br>AESTHETIC CONSULTING GROUP, and )<br>JOHN DOES 1-10,                         )<br>                                                        )<br>             Defendant.                      ) | Case No.  07 C 6941<br><br>Judge Norgle<br>Magistrate Judge Cox |

### NOTICE OF MOTION

TO:   Julie Clark
         Edelman, Combs, Latturner & Goodwin, LLC
         120 S. LaSalle Street, 18th Floor
         Chicago, IL  60603

**PLEASE TAKE NOTICE THAT** on **December 28, 2007, at 9:30 a.m**., we shall appear before the **Honorable Judge Norgle** in **Room 2341**, at 219 South Dearborn Street in Chicago, Illinois, and present to the United States District Court of the Northern District of Illinois, Eastern Division, the attached **Motion to Dismiss Counts II and III Pursuant to Rule 12(b)(6) For Failure to State a Claim**, a copy of which is hereby served upon you.

By:   /s/ Molly A. Arranz
         Attorneys for Matt Taranto
         SMITH AMUNDSEN, LLC
         150 North Michigan Avenue, Suite 3300
         Chicago, Illinois 60601
         (312) 894-3200
         ARDC No.:  6281122

Dated:  December 17, 2007

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 17th day of December 2007, she served a **Notice of Motion** and the Defendant, Matt Taranto's **Motion to Dismiss Counts II and III Pursuant to Rule 12(b)(6) For Failure to State a Claim** on:

> Julie Clark
> Edelman, Combs, Latturner & Goodwin, LLC
> 120 S. LaSalle Street, 18th Floor
> Chicago, IL  60603

These pleadings were served upon the attorneys as listed above, pursuant to the Northern District of Illinois General Order on Electronic Case Filing.

[x]   Pursuant to 28 USC Section 1746(2), I certify under penalty of perjury that the foregoing is true and correct. Executed on:  December 17, 2007.

_____/s/ Molly A. Arranz_____

Eric L. Samore, ARDC # 6181345
Molly A. Arranz, ARDC # 6281122
SMITH AMUNDSEN LLC
150 N. Michigan Avenue, Suite 3300
Chicago, Illinois 60601
(312) 894-3200
COUNSEL FOR MATT TARANTO

2