IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| INSPE ASSOCIATES, LTD.,<br><br>        Plaintiff,<br>v.<br><br><br><br>MATT TARANTO, doing business as<br>AESTHETIC CONSULTING GROUP, and<br>JOHN DOES 1-10,<br><br>        Defendant. | Case No. 07 C 6941<br><br>Judge Norgle<br>Magistrate Judge Cox |

**AMENDED CERTIFICATE OF SERVICE**

The undersigned certifies that on the 17th day of December 2007, she served Defendant, Matt Taranto's **Answer and Affirmative Defenses to Plaintiff's Class Action Complaint**, Matt Taranto's **Motion to Dismiss Counts II and III**, and Defendant's **Amended Appearances** on:

    Julie Clark
    Edelman, Combs, Latturner & Goodwin, LLC
    120 S. LaSalle Street, 18th Floor
    Chicago, IL 60603

via first class mail by depositing same into an envelope properly sealed and with proper postage prepaid, into the U.S. Mail at 150 North Michigan, Chicago, Illinois before 5:00 p.m., on the 17th day of December, 2007.

[x]   Pursuant to 28 USC Section 1746(2), I certify under penalty of perjury that the foregoing is true and correct.
Executed on: December 17, 2007

                                            /s/ Molly A. Arranz

Eric L. Samore, ARDC # 6181345
Molly A. Arranz, ARDC # 6281122
SMITH AMUNDSEN LLC
150 N. Michigan Avenue, Suite 3300
Chicago, Illinois 60601
(312) 894-3200
COUNSEL FOR MATT TARANTO