**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| INSPE ASSOCIATES, LTD., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 07 C 6941 |
| ) | |
| MATT TARANTO, ) | Judge Norgle |
| doing business as AESTHETIC ) | |
| CONSULTING GROUP, ) | |
| and JOHN DOES 1-10, ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF MOTION**

**TO**:   Please see Certificate of Service.


     **PLEASE TAKE NOTICE** that on Friday December 28, 2007  at 9:30 a.m., we shall appear before Honorable Judge Norgle, in room 2341 of the United States District Court for the Northern District of Illinois, Chicago, Illinois, 60604, and then and there present: **PLAINTIFF'S MOTION TO REMAND**, a copy of which is attached and hereby served upon you.


                                        /s/ Julie Clark
                                        Julie Clark


Daniel A. Edelman
Cathleen M. Combs
Tara Goodwin
Michelle R. Teggelaar
Dulijaza Clark
EDELMAN, COMBS, LATTURNER & GOODWIN, LLC
120 South LaSalle Street, Suite 1800
Chicago, Illinois 60603
(312) 739-4200
(312) 419-0379 (FAX)
Atty. No. 41106

## CERTIFICATE OF SERVICE

I, Julie Clark, certify that on December 20, 2007, 2007, I caused a true and accurate copy of this notice and the documents referenced therein to be served via the CM/ECF system upon the following parties:

Eric L. Samore
esamore@osalaw.com

Molly A. Arranz
marranz@osalaw.com

/s/Julie Clark
Julie Clark