**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0**
**Eastern Division**

INSPE Associates, Ltd.

                          Plaintiff,

v.                                                    Case No.: 1:07–cv–06941
                                                      Honorable Charles R. Norgle Sr.

Matt Taranto, et al.

                          Defendant.

---

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, December 27, 2007:

        MINUTE entry before Judge Charles R. Norgle Sr.: Motion to dismiss [9] is
stricken as a duplicate electronic filing. Defendant's response to Plaintiff's Motion to
Remand [18] is due on or before 1/18/2008. Plaintiff's reply is due on or before 1/25/2008.
Defendant's Motion to Dismiss Counts II and III Pursuant to Rule 12(b)(6) for Failure to
State a Claim is entered and continued pending ruling on the Motion to Remand.
Telephoned/mailed notice(ewf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at *www.ilnd.uscourts.gov*.