## LIST OF EXHIBITS

**Exhibit A**    Affidavit of Matt Taranto

**Exhibit B**    Affidavit of Susan Briney

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| INSPE ASSOCIATES, LTD. | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No. 07 C 6941 |
| v. | ) | |
| | ) | |
| | ) | Judge Norgle |
| | ) | Magistrate Judge Cox |
| MATT TARANTO, doing business as | ) | |
| AESTHETIC CONSULTING GROUP, and | ) | |
| JOHN DOES 1-10, | ) | |
| | ) | |
| Defendant. | ) | |

### AFFIDAVIT OF MATT TARANTO

I, Matt Taranto, under penalties as provided by law, testify to the following facts from my own personal knowledge:

1.    I am the President and sole owner of a company known as The Taranto Group, Inc. I have been President and sole owner since 1998, when this entity incorporated. My only office is located at 5001 College Blvd., Suite 216, Leawood, Kansas.

2.    The Taranto Group Inc. does business as Aesthetic Consulting Group (hereafter, "Aesthetic Consulting Group"). This particular entity has five employees. The offices at 5001 College Boulevard are configured in such a manner that any person that comes to our offices does not have direct access to my office because my office is located in the very back of the office space. It is the farthest office or space away from the front entrance. Aesthetic Consulting Group has a front desk. Visitors to our offices are first greeted or met by Susan Briney, the receptionist or Office Manager for the company, whose station is at the front desk.

3.    As of 2004, when Susan Briney started in her position with Aesthetic Consulting Group, visitors who request to speak or meet with me must first notify Susan Briney at the front

1

desk. A visitor or guest is not able to enter into my office directly from the outside. Instead, in order for me to meet with a visitor, Susan Briney calls me on my phone extension or comes back to my office to inform me about a visitor.

4.     The first time at which I saw the Summons and Complaint for this matter was when my counsel forwarded this pleading to me on November 15, 2007. Prior to that date, I had not received any delivery of a Complaint or of a summons in this matter.

5.     I am aware that Plaintiff claims to have served me, personally, with summons and complaint in the above-captioned matter on July 23, 2007 at 9 a.m. I have checked my records, and both Susan Briney and I were working on that date.

6.     I was not served with a summons and complaint on July 23, 2007. I believe this is true for at least two reasons: I have never been served with a lawsuit in my life, such that being served with process of court documents would be a substantial event in my life that I would remember; and, practically speaking, I was never called by or otherwise informed by Susan Briney on July 23, 2007, regarding any process server and, therefore, never met with any process server.

7.     My physical appearance is currently, and has been for at least the last year, as follows: I am 6'4" tall; I weigh approximately 200 lbs; and, I have light to medium brown hair. I am forty-three (43) years old.

~~FURTHER, the affiant sayeth not.~~

[x]     Pursuant to 28 USC Section 1746(2),
        I certify under penalty of perjury that
        the foregoing is true and correct.
        Executed on: January _16_, 2008

        _____
        Matt Taranto

2

# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| INSPE ASSOCIATES, LTD. ) | |
| ) | |
| Plaintiff, ) | |
| v, ) | Case No.  07 C 6941 |
| ) | |
| ) | Judge Norgle |
| ) | Magistrate Judge Cox |
| MATT TARANTO, doing business as ) | |
| AESTHETIC CONSULTING GROUP, and ) | |
| JOHN DOES 1-10, ) | |
| ) | |
| Defendant. ) | |

### AFFIDAVIT OF SUSAN BRINEY

I, Susan Briney, under penalties as provided by law, testify to the following facts from my own personal knowledge:

1.    I have been employed by The Taranto Group, Inc. d/b/a Aesthetic Consulting Group since 2004. My positions with Aesthetic Consulting Group have always been receptionist and Office Manager. My regular work hours are from 9 a.m. to 5 p.m., five days a week.

2.    As receptionist and Office Manager, my responsibilities include: administration of phone calls, receipt and sending of shipments, assistance to sales personnel, placing orders for sales materials, and managing payroll. In my position, I am also the person who greets visitors to the company and, should the visitor require a meeting with any of the employees of Aesthetic Consulting Group, I am the person who calls that person on his or her direct line or retrieves that person from his or her office. This procedure ensures a certain amount of security and protocol to our offices and facilitates the monitoring of visitors to Aesthetic Consulting Group.

3.    My location or station at Aesthetic Consulting Group is the front desk for the company. The front desk is located at the very forefront of the office space, and any visitor to

1

Aesthetic Consulting Group, upon entrance into this office space, would immediately be in front of this front desk upon entry.

4.    If I am at the office, then employees of Aesthetic Consulting Group do not meet with visitors to our offices unless they are notified by me.

5.    I was working on July 23, 2007.  No person came to our offices that day for service of a summons and Complaint.  I believe this to be the case because, among other reasons, if anyone had come to our offices on that date with a summons and Complaint, I would have had greeted and met with that person and then notified Matt Taranto.

FURTHER, the affiant sayeth not.

[x]    Pursuant to 28 USC Section 1746(2), I certify under penalty of perjury that the foregoing is true and correct. Executed on: January _16_, 2008

Susan Briney

2