# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| INSPE ASSOCIATES, LTD., )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MATT TARANTO, )<br>doing business as AESTHETIC )<br>CONSULTING GROUP, )<br>and JOHN DOES 1-10, )<br>)<br>Defendants. ) | 07 C 6941<br><br>Judge Norgle |

### AFFIDAVIT OF BILL POWELL

I, Bill Powell declare under penalties as provided by law, that the following statements are true:

1. I am over 18 years of age and I have personal knowledge of the facts contained herein.

2. I am the Vice President and owner of D&B Legal Services, Inc., a licensed process service agency with offices located in Mission, KS, Kansas City MO, and Overland Park, MO, and have been providing this service for over 20 years. I am also a licensed investigator in Kansas and Missouri.

3. On July 23, 2007, I received copies of and personally handled service of summons and complaint from the law firm of Edelman Combs Latturner & Goodwin, LLC to be served upon

    MATT TARANTO
    AESTHETIC CONSULTING GROUP
    5001 College Blvd Ste 216
    Leawood, KS 66211

4. It is the ordinary course of my business to complete the Job Summary attached

hereto as <u>Exhibit 1</u> immediately after completion of service.

5. The Job Summary indicates that Matt Taranto was personally served at the 5001 College Blvd Ste 216, Leawood, KS 66211 address at 9:00 am.

6. The Job Summary would not indicate the date and time of service had it not so occurred.

7. The Job Summary would not indicate that Matt Taranto was the person served unless the person who accepted the documents identified himself as being Matt Taranto. It is in fact my normal practice to request the party by name when an individual is identified in the documents, as was the case herein.

FURTHER AFFIANT SAYETH NOT.

Pursuant to 28 U.S.C. Section 1746(2), I certify under penalty of perjury that the forgoing is true and correct. Executed on January ____, 2008

Notary Public - State of Kansas
JAMES HANNAH
My Appointment Expires 1/25/2011

Bill Powell

2

# EXHIBIT 1

Case 1:07-cv-06941    Document 23-2    Filed 01/25/2008    Page 4 of 8

## D & B Legal Services, Inc.

### Job #2007003390 Summary

Client Contact:
Client Fax:
Server Fax:

Priority: STANDARD

Cli Ref:

Client: , of EDLEMAN, COMBS, LATTURNER, & GOODWIN, L

Attorney: , of EDLEMAN, COMBS, LATTURNER, & GOODWIN, LL

Received: 7/23/2007 @8:04 am        Action Date:        Court Date/Time:

Case Info: Case Number: 07CH18656   County: COOK
State: ILLINOIS   Court: Circuit
Contact:   Date Filed:
Caption: INSPE ASSOCIATES, LTD. vs. MATT TARANTO, D/B/A AESTH

Documents: Summons and Complaint

### Service Information

**Party To Be Served:**
AESTHETIC CONSULTING GROUP
5001 COLLEGE BLVD STE 216
LEAWOOD, KS 66211

**Actual Service:**
MATT TARANTO / REPRESENTATIVE
5001 COLLEGE BLVD STE 216
LEAWOOD, KS 66211

Service Date and Time: 7/23/2007 9:00 am
Server: BILL POWELL PPS08-01   License: Process Server

Type of Service: CORPORATE

Date Invoiced: 7/23/2007   Amount: $55.00   Amount Due: $0.00

### Comments

**Comments for Affidavit:**
WHITE MALE 30-35 YRS 6'3" TALL 170LBS BLACK HAIR

Comments for Status Report: None
Comments for Field Sheet: None
Comments for Invoice: None

# EXHIBIT B

Case 1:07-cv-06941    Document 23-2    Filed 01/25/2008    Page 6 of 8



