

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
219 SOUTH DEARBORN STREET
CHICAGO, ILLINOIS 60604

**MICHAEL W. DOBBINS**
Clerk

OFFICE OF THE CLERK
Telephone: (312) 435-5698

June 11, 2008

Dorothy Brown, Clerk
Circuit Court of Cook County
Richard J. Daley Center
50 W Washington Street
Chicago, Illinois  60602

      RE:  INSPE Associates, Ltd., Vs. Matt Taranto, et al,
           US District Court, N.D. IL, E. Div., Case No. 07-CV-6941
           <u>Circuit Court of Cook County Case No. 07-CH-18656</u>

Dear Clerk:

A certified copy of an order entered on May 27, 2008, by the Honorable Charles R. Norgle remanding the above-entitled case to the Circuit Court of Cook County, Illinois, is herewith transmitted to you for your files.

                                         Sincerely yours,

                                         Michael W. Dobbins, Clerk


                                         Angela Revis,
                                         Deputy Clerk

Enc.